# CIRCUIT COURT OF THE CITY OF ALEXANDRIA

Washington Metropolitan
Airports Authority

v.

International Union
of Police Associations et al.

February 19, 1997

Case No. (Chancery) CH970121

BY JUDGE ALFRED D. SWERSKY

This matter is before the Court on Complainant's Motion to Vacate Arbitrator's Award. The material facts are not in dispute, and the issue is resolved as a matter of law. The motion must be granted.

The contract makes clear provision for the timely filing of grievances. In unambiguous language, it provides that "grievances must be presented within fifteen calendar days from the date on which either the employee or the union may have been reasonably expected to have learned of the event." It is not in dispute that the grievance that is the subject of the arbitrator's award was not filed within fifteen days from the date of the issuance of the final decision letter which terminated the officer's employment two days thereafter.

In the arbitration award, the issue was addressed and the arbitrator decided that no harm had been done until the date of termination and, hence, the grievance was timely filed. Such an interpretation is not a mere mistake of judgment since it adds provisions to the contract and modifies the clear and unmistakable provisions regarding the time for the filing of grievances. *United Paperworkers International Union v. Chase Bag Co.*, 222 Va. 324 (1981).